# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Timothy M Hollinger

Debtors.

Case No.: 21-10199-mdc  
**Chapter 13**

## DEBTOR'S RESPONSE TO THE CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

Sirs:

The Debtor, by and through his attorney, George R Tadross, hereby responds to the Chapter 13 Trustee's Motion to Dismiss and in support thereof states the following:

1. The Debtor will be making a plan payment to the Chapter 13 Trustee by April 23, 2021 and the Plan will be amended.

2. The Debtor was unable to make the plan payments due to the delay in receiving unemployment.

WHEREFORE, the Debtor requests this Honorable Court Order deny Chapter 13 Trustee's Motion for Dismissal or such other relief that this Court deems just and proper.

Dated: April 15, 2021

/s/ George R Tadross

George R Tadross, Esquire  
128 Chestnut Street, Suite 204  
Philadelphia, PA 19106  
215-500-5000 (phone)  
267-885-2377 (fax)  
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: William C Miller  ecfmails@ph13trustee.com, and United States Trustee at USTPRegion03.PH.ECF@usdoj.gov.

DATED:  April 15, 2021                             /s/ George R Tadross_____

                                                                    George R Tadross, Esquire
                                                                    128 Chestnut Street, Suite 204
                                                                    Philadelphia, PA 19106
                                                                    215-500-5000 (phone)
                                                                    267-885-2377 (fax)
                                                                    Attorney for Debtor