# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy M. Hollinger<br>    Debtor(s)<br><br>LSFB Master Participation Trust, its successors and/or assigns<br>    Movant<br>  vs.<br>Timothy M. Hollinger<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br>NO. 21-10199 MDC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of LSFB Master Participation Trust, which was filed with the Court on or about **April 5, 2021, docket number 30**.

            Respectfully submitted,


            /s/ Rebecca A. Solarz, Esq.
            _____

            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215)-627-1322

Dated: April 16, 2021