United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy M Hollinger  
    Debtor

Case No. 21-10199-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 17, 2021     Form ID: 155     Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy M Hollinger, 454 School Lane, Harleysville, PA 19438-1715 |
| 14605008 | + | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC Service, for LSF8 Master Participation Trust, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14583551 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14588759 | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14605208 | #+ | Fay Servicing, LLC as Servicer for LSF8 Master Par, C/O LORRAINE GAZZARA DOYLE, Friedman Vartolo, LLP, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 14588760 | | LSF8 Master Participation Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 14596394 | + | LSFB Master Participation Trust, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14596202 | + | LSFB Master Participation Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14578930 | + | Pinnacle, Po Box 130848, Carlsbad, CA 92013-0848 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14578929 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 17 2021 23:56:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 14591205 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2021 23:51:02 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14582128 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2021 23:51:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14581833 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2021 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jun 17, 2021 Form ID: 155 Total Noticed: 13

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GEORGE R. TADROSS | on behalf of Debtor Timothy M Hollinger gtadross@tadrosslaw.com r55386@notify.bestcase.com;robin@tadrosslaw.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Fay Servicing LLC as Servicer for LSF8 Master Participation Trust Movant Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LSFB Master Participation Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy M Hollinger
      Debtor(s)                                    Chapter: 13

                                                                               Bankruptcy No: 21−10199−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 17, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Magdeline D. Coleman
                                                Chief Judge ,
                                                United States Bankruptcy Court

                                                                                                      46 − 19
                                                                               Form 155