United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 21-10199-mdc
Timothy M Hollinger   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Nov 16, 2021      Form ID: pdf900      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy M Hollinger, 454 School Lane, Harleysville, PA 19438-1715 |
| cr | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| cr | + | Fay Servicing, LLC as Servicer for LSF8 Master Par, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2021 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 16 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 6

**below:**

| Name | Email Address |
|---|---|
| EMMANUEL J. ARGENTIERI | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| GEORGE R. TADROSS | on behalf of Debtor Timothy M Hollinger gtadross@tadrosslaw.com r55386@notify.bestcase.com;robin@tadrosslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Fay Servicing LLC as Servicer for LSF8 Master Participation Trust Movant ldoyle@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LSFB Master Participation Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| TIMOTHY M. HOLLINGER | : |
| xxx-xx-0474 | : CHAPTER 13 |
| Debtor. | : CASE NO. 21-10199/MDC |
| | : |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | : |
| Movant, | : |
| v. | : |
| TIMOTHY M. HOLLINGER | : |
| Debtor, | : |
| WILLIAM C. MILLER | : Hearing Date: October 12, 2021 at 10:30 a.m. |
| Trustee, | : |
| Respondents. | : |

**STIPULATION RESOLVING MOTION BY U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS 454 SCHOOL LANE, HARLEYSVILLE, PENNSYLVANIA 19438**

THIS matter being opened to the Court by Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust, (hereinafter "US Bank"), upon the filing of a motion for relief from stay as to real property, more commonly known as 454 SCHOOL LANE, HARLEYSVILLE, PENNSYLVANIA 19438; and George R. Tadross, Esquire of the Tadross

Law Firm having filed an answer thereto on behalf of the Debtor; and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. If any valid proofs of payment are produced by the Debtor, his post-petition mortgage account shall be adjusted accordingly.

2. The Debtor is currently due for the May 25, 2021 through August 25, 2021 post-petition monthly mortgage payments, which are broken down as follows:

> 1 times payment of $1,491.46 (5/25/21), plus 3 times payment of $1,493.37 (6/25/21 - 8/25/21), Less suspense balance of $118.99.

The total due to US Bank post-petition totals $5,852.58, along with the reimbursement of US Bank's attorney fees totaling $1,050.00, for a total of $6,902.58.

3. Debtor shall tender his September 25, 2021 payment timely.

4. Commencing with the October 25, 2021 post-petition payment and continuing each month thereafter through and including May 25, 2022, Debtor shall cure the aforesaid arrearages by remitting regular monthly mortgage payments, plus 1/8 of the above arrearage ($862.83).

5. Commencing with the June 25, 2022 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to US Bank as same come due.

6. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

7. If the case is converted to Chapter 7, US Bank shall file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay.

8. If any of the aforementioned stipulation payments and/or regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late, US Bank may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel for US Bank may file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire      Date: 11/9/2021
Attorney for US Bank


/S/GEORGE R. TADROSS
George R. Tadross, Esquire
Attorney for Debtor      Date: 11/12/2021


/S/LEEANE O. HUGGINS
LeeAne O. Huggins, Esquire
For: Kenneth E. West, Chapter 13 Trustee   Date: 11/12/2021
*No Objection*


AND NOW, this   15th   day of     November     2021, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

_____
**Magdeline D. Coleman
Chief U.S. Bankruptcy Judge**

(Page 3 of 3)