# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 21-10199-MDC

TIMOTHY  M HOLLINGER

454 SCHOOL LANE

HARLEYSVILLE, PA 19438-

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TIMOTHY  M HOLLINGER

454 SCHOOL LANE

HARLEYSVILLE, PA 19438-

Counsel for debtor(s), by electronic notice only.

GEORGE R TADROSS, ESQ.
TADROSS LAW
128 CHESTNUT ST., SUITE 301B
PHILADELPHIA, PA 19106-

Date: 7/20/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee