UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY M. HOLLINGER<br>xxx-xx-0474<br>           Debtor. | :CHAPTER 13<br>:CASE NO. 21-10199/MDC |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST<br>           Movant,<br>v.<br>TIMOTHY M. HOLLINGER<br>           Debtor,<br>KENNETH E. WEST<br>           Trustee,<br>           Respondents. | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

Upon the Application of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

1. The automatic stay of Bankruptcy Code section 362(a) is modified/vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's in rem rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

454 SCHOOL LANE, HARLEYSVILLE, PENNSYLVANIA 19438.

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Movant shall serve this order, via regular mail, on any party not already served via the court's electronic filing system.

October 28, 2022

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge