**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
TIMOTHY M HOLLINGER

Chapter 13

Debtor

Bankruptcy No. 21-10199-MDC

# O R D E R

**AND NOW**, this ___15th___ day of ___December___ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
GEORGE R TADROSS, ESQ.  
TADROSS LAW  
128 CHESTNUT ST., SUITE 301B  
PHILADELPHIA, PA 19106-

Debtor:  
TIMOTHY M HOLLINGER

454 SCHOOL LANE

HARLEYSVILLE, PA 19438-