United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 21-10199-mdc

Timothy M Hollinger                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy M Hollinger, 454 School Lane, Harleysville, PA 19438-1715 |
| cr | + | Fay Servicing, LLC as Servicer for LSF8 Master Par, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14605008 | + | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC Service, for LSF8 Master Participation Trust, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14583551 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14588760 | | LSF8 Master Participation Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 14596394 | + | LSFB Master Participation Trust, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14578930 | + | Pinnacle, Po Box 130848, Carlsbad, CA 92013-0848 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14578929 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 17 2022 00:12:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 14588759 | | Email/Text: ECF@fayservicing.com | Dec 17 2022 00:11:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14596202 | ^ | MEBN | Dec 16 2022 23:57:31 | LSFB Master Participation Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14591205 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2022 00:11:06 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14582128 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 17 2022 00:11:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14581833 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14626976 | | Email/Text: flyersprod.inbound@axisai.com | Dec 17 2022 00:11:00 | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 8

District/off: 0313-2                           User: admin                                      Page 2 of 2
Date Rcvd: Dec 16, 2022                        Form ID: pdf900                                  Total Noticed: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14605208 | ##+ | Fay Servicing, LLC as Servicer for LSF8 Master Par, C/O LORRAINE GAZZARA DOYLE, Friedman Vartolo, LLP, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LSFB Master Participation Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor US Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| GEORGE R. TADROSS | on behalf of Debtor Timothy M Hollinger gtadross@tadrosslaw.com  r55386@notify.bestcase.com;robin@tadrosslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ROGER FAY | on behalf of Creditor Fay Servicing  LLC as Servicer for LSF8 Master Participation Trust Movant rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                Chapter 13
TIMOTHY  M HOLLINGER


              Debtor            Bankruptcy No. 21-10199-MDC

# O R D E R

        **AND NOW**, this _____15th_____ day of _____December_____ 2022, upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.


        **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.


                                            _____
                                            Magdeline D. Coleman
                                            Chief U.S. Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
GEORGE R TADROSS, ESQ.
TADROSS LAW
128 CHESTNUT ST., SUITE 301B
PHILADELPHIA, PA 19106-


Debtor:
TIMOTHY  M HOLLINGER

454 SCHOOL LANE

HARLEYSVILLE, PA 19438-